MEMORANDUM OPINION




No. 04-04-00181-CV



GUERRERO-MCDONALD & ASSOCIATES, INC., and


RLI INSURANCE COMPANY, 

Appellants/Cross-Appellees



v.



Phillip GRAHAM d/b/a Graham Construction,


Appellee/Cross-Appellant



From the 216th Judicial District Court, Gillespie County, Texas


Trial Court No. 9702


Honorable Stephen B. Ables, Judge Presiding




PER CURIAM


Sitting: Alma L. López, Chief Justice

 Catherine M. Stone, Justice

 Phylis J. Speedlin, Justice


Delivered and Filed: November 3, 2004


DISMISSED IN PART

 Cross-Appellant, Philip Graham d/b/a Graham Construction, has filed a motion to dismiss the
pending cross-appeal against cross-appellees, Guerrero-McDonald & Associates, Inc., and RLI
Insurance Company. The motion contains a certificate of service to cross-appellees, who have not
opposed the motion. Therefore, we grant the motion and dismiss the cross-appeal. See Tex. R. App.
P. 42.1(a)(1). The appeal by appellants, Guerrero-McDonald & Associates, Inc., and RLI Insurance
Company, against appellee, Philip Graham d/b/a Graham Construction, is retained on the docket of
this court. See id. As between cross-appellant and cross-appellees, costs of the cross-appeal are
assessed against the party who incurred them.

 PER CURIAM